UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
CITY OF MONROE EMPLOYEES' RETIREMENT :
SYSTEM, Individually and On Behalf of All Others : 10 CV 2835 (NRB)
Similarly Situated, :
: **ECF CASE**
Plaintiff, :
:
vs. :
:
THE HARTFORD FINANCIAL SERVICES GROUP, :
INC., RAMANI AYER, THOMAS M. MARRA, :
DAVID M. JOHNSON and LIZABETH H. :
ZLATKUS, :
:
Defendants. :

## NOTICE OF APPEARANCE

Please enter an appearance in the above-captioned action for Steven M. Bierman of

Sidley Austin LLP, as counsel for Defendants The Hartford Financial Services Group, Inc.,

Ramani Ayer, Thomas M. Marra, David M. Johnson, and Lizabeth H. Zlatkus.


Dated:  New York, New York
        May 12, 2010

                                                SIDLEY AUSTIN LLP

                                                By: /s/ Steven M. Bierman
                                                     Steven M. Bierman
                                                     sbierman@sidley.com
                                                   Dorothy J. Spenner
                                                   dspenner@sidley.com
                                                   787 Seventh Avenue
                                                   New York, NY 10019
                                                   Telephone: (212) 839-5300
                                                   Fax: (212) 839-5599

                                                   – and –

                                                   David F. Graham
                                                   dgraham@sidley.com

(*pro hac vice* application forthcoming)
Mark B. Blocker
mblocker@sidley.com
(*pro hac vice* application forthcoming)
Rachel B. Niewoehner
rniewoehner@sidley.com
(*pro hac vice* application forthcoming)
Sidley Austin LLP
One South Dearborn Street
Chicago, Il 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed Defendants The Hartford Financial Services Group, Inc., Ramani Ayer, Thomas M. Marra, David M. Johnson and Lizabeth H. Zlatkus Notice of Appearance for attorney Steve M. Bierman using the ECF System for the Southern District of New York, which will send notification of such filings to all counsel of record registered on the ECF system.

on this 12th day of May, 2010.

                                      /s/ Dorothy J. Spenner
                                      Dorothy J. Spenner