Mitchell M.Z. Twersky (MT-6739)
Lawrence D. Levit (LL-9507)
Ximena R. Skovron (XS-3397)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
:
CITY OF MONROE EMPLOYEES' :
RETIREMENT SYSTEM, Individually and :
On Behalf of All Others Similarly Situated, :
:
      Plaintiff, : Case No. 10-cv-2835-NRB
:
  vs. :
:
THE HARTFORD FINANCIAL SERVICES :
GROUP, INC., RAMANI AYER, THOMAS M. : ECF Case
MARRA, DAVID M. JOHNSON and :
LIZABETH H. ZLATKUS, :
:
      Defendants. :
:
----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Mitchell M.Z. Twersky and memorandum of law, Oklahoma Firefighters Pension and Retirement System moves, on a date and at a time designated by the Court, before the Honorable Naomi Reice Buchwald, at the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to the Private Securities Litigation Reform Act of 1995, for appointment of Oklahoma Firefighters Pension and Retirement System as Lead Plaintiff, approval of the selection of Abraham, Fruchter

& Twersky, LLP as Lead Counsel and for such other and further relief as the Court may deem just and proper.

Dated: June 1, 2010

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

By: /s/ Mitchell M.Z. Twersky
    Mitchell M.Z. Twersky (MT-6739)
    Lawrence D. Levit (LL-9507)
    Ximena R. Skovron (XS-3397)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

**Proposed Lead Counsel for Plaintiffs**