UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

CITY OF MONROE EMPLOYEES'
RETIREMENT SYSTEM, Individually and
On Behalf of All Others Similarly Situated,

                      Plaintiff,

    vs.

THE HARTFORD FINANCIAL SERVICES
GROUP, INC., *et al.*,

                      Defendants.

----------------------------------------x

10 Civ. 02835 (NRB)

(ECF CASE)

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that, upon the accompanying declaration of Dorothy J. Spenner, dated December 20, 2010, and the exhibits attached thereto, the accompanying memorandum of law in support of this motion, and any other submissions that shall be made in support of this motion, the undersigned counsel, on behalf of Defendants The Hartford Financial Services Group, Inc., Ramani Ayer, Thomas M. Marra, and Lizabeth H. Zlatkus (collectively, the "Defendants"), will move this Court, before the Honorable Naomi R. Buchwald, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, to dismiss the Corrected Amended Class Action Complaint of Lead Plaintiff Arkansas Teacher Retirement System and named plaintiff Arca S.G.R. S.p.A. (collectively, the "Plaintiffs"), in its entirety and with prejudice, pursuant to the Private Securities Litigation Reform Act and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

        PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Stipulation and Order entered by the Court on December 15, 2010 [Dkt. 70], Plaintiffs shall have up to and

including February 9, 2011 to file their opposition to Defendants' motion to dismiss, and Defendants shall have up to and including March 8, 2011 to file their reply in support of their motion to dismiss.

Dated: New York, New York
December 20, 2010

                          SIDLEY AUSTIN LLP

                    By: *s/ Dorothy J. Spenner*
                        Steven M. Bierman
                        sbierman@sidley.com
                        Dorothy J. Spenner
                        dspenner@sidley.com
                        787 Seventh Avenue
                        New York, New York 10019
                        Telephone: (212) 839-5300
                        – and –
                        David F. Graham*
                        dgraham@sidley.com
                        Mark B. Blocker*
                        mblocker@sidley.com
                        Rachel B. Niewoehner*
                        rniewoehner@sidley.com
                        Matthew D. Taksin*
                        mtaksin@sidley.com
                        One South Dearborn Street
                        Chicago, Illinois 60603
                        Telephone: (312) 853-7000
                        *admitted *pro hac vice*
                        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Tom A. Paskowitz, hereby certify that on December 20, 2010, I caused the foregoing Notice of Motion, Memorandum of Law In Support of Defendants' Motion to Dismiss the Corrected Amended Class Action Complaint and Declaration of Dorothy J. Spenner In Support of Defendants' Motion to Dismiss the Corrected Amended Class Action Complaint and exhibits thereto to be filed and served via the Court's ECF system.

_____
Tom A. Paskowitz