USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 9/19/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

CITY OF MONROE EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all other similarly situated,

Plaintiff,

-against-

THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,

Defendants.

---------------------------------------------------------X

10 **CIVIL** 2835 (NRB)

# JUDGMENT

Defendants having moved to dismiss the amended class action complaint, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on September 19, 2011, having rendered its Amended Memorandum and Order granting defendants' motion to dismiss the amended class action complaint with prejudice and closing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Memorandum and Order dated September 19, 2011, defendants' motion to dismiss the amended class action complaint is granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 19, 2011

**RUBY J. KRAJICK**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ________**